## Commonwealth *v.* Gage, Appellant.

Submitted September 9, 1974. *Penn B. Glazier,* Assistant Public Defender, and *Theodore S. Danforth,* Public Defender, for appellant; *Henry S. Kenderdine, Jr.,* Assistant District Attorney, and *D. Richard Eckman,* District Attorney, for Commonwealth, appellee.

Order affirmed.